UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
:
In re: : Chapter 11
:
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
:
        Debtors. : (Jointly Administered)
:
------------------------------------------------------------x
:
:
G CLUB OPERATIONS LLC, *et al.*, :
: Case No. 3:24-cv-00284-VAB
        Appellants, : (Consolidated)
V. :
:
LUC A. DESPINS, CHAPTER 11 TRUSTEE, :
:
        Appellee. :
:
------------------------------------------------------------x

**UNOPPOSED MOTION OF
CHAPTER 11 TRUSTEE TO SUSPEND DEADLINES TO FILE APPELLEE
COUNTER-DESIGNATIONS AS TO AMERICAN EXPRESS COMPANY, APPLE
INC., AND META PLATFORMS INC., PENDING FURTHER ORDER OF THE COURT**

    Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case of Ho Wan Kwok (the "Debtor"), and appellee in the above-captioned bankruptcy appeal (this "Appeal"), hereby moves (this "Motion"), without objection by appellants American Express Company ("American Express"), Apple Inc. ("Apple"), and Meta Platforms, Inc. ("Meta" and, together with American Express and Apple, collectively, the "Relevant Appellants"), that the

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

deadlines for the Trustee to file his counter-designations pursuant to Fed. R. Bankr. P. 8009(a)(2) with respect to the Relevant Appellants be suspended pending further order of the Court. **The Relevant Appellants do not object to the relief requested by this Motion.** In support of this Motion, the Trustee respectfully states the following:

## RELEVANT BACKGROUND

### A. Relevant Appeals and Appellant Designations

On February 25, 2025, appellant American Express filed its notice of appeal [Main Bankr. Case ECF No. 4161] in the Chapter 11 Case from the Bankruptcy Court's February 14, 2025 *Order Granting in Part Third Motion for Extension of Deadline for Trustee to File Avoidance Actions* [Main Bankr. Case ECF No. 4106] (the "Third Extension Order")[2] and a case was opened in the District Court docketed at case no. 3:25-cv-00280-SVN (the "Original AMEX Case").

On March 11, 2025, American Express filed its *Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented* in the Chapter 11 Case [Main Bankr. Case ECF No. 4204] and filed a notice of its designations in the Original AMEX Case [Original AMEX Case ECF No. 13].

On February 27, 2025, appellants Apple and Meta filed their notices of appeal from the Third Extension Order [Main Bankr. Case ECF Nos. 4175, 4176] in the Chapter 11 Case, and cases were opened in the District Court docketed, respectively, at case nos. 3:25-cv-00296-SVN (the "Original Apple Case") and 3:25-cv-00297-SVN (the "Original Meta Case" and, together with the Original AMEX Case and the Original Apple Case, collectively, the "Relevant Original Cases").

---

[2]   The above-captioned proceeding on consolidated appeals (the "Consolidated Appeals Case") also includes appeals of prior Bankruptcy Court orders addressing the same relief (*i.e.*, extension of time for the Trustee to file avoidance claims). *See, e.g.,* appeals discussed in ECF No. 26 of the Consolidated Appeals Case.

2

On March 13, 2025, Apple and Meta each filed its *Statement of Issues to Be Presented and Designations of Items to Be Included in the Record on Appeal* in the Chapter 11 Case [Main Bankr. Case ECF Nos. 4216, 4217].

**B. Consolidation of Relevant Appeals and Prior Motions to Suspend**

On March 11, 2025, Judge Nagala held a status conference (the "Status Conference") in the Relevant Original Cases and in the Consolidated Appeals Case, as well as certain other related appeals, at which Judge Nagala and the parties to the various appeals discussed, among other things, the potential consolidation of the appeals of the Bankruptcy Court's Third Extension Order. Following the Status Conference, the Court, among other things, suspended the briefing deadlines as to the Relevant Original Cases [Original AMEX Case ECF No. 15; Original Apple Case ECF No. 10; Original Meta Case ECF No. 10], but the Court has not yet suspended the Trustee's deadline to file any appellee counter-designations as to American Express, Apple, or Meta.

On March 17, 2025, the Trustee moved, **without objection by the relevant appellants**, to suspend his deadlines (the "Prior Motions to Suspend") to file appellee counter-designations pursuant to Fed. R. Bankr. P. 8009(a)(2) in certain other related appeals [case no. 3:25-cv-261-SVN ECF No. 16] (the "Original G Club Case"); [case no. 3:25-cv-262-SVN ECF No. 15] (the "Original FFP Case"); [case no. 3:25-cv-263-SVN ECF No. 17] (the "Original Weddle Law Case"); [case no. 3:25-cv-264-SVN ECF No. 15] (the "Original Ogier Case" and, together with the Original G Club Case, the Original FFP Case, the Original Weddle Law Case, the Original Ogier Case, and the Original Amazon Case (as defined herein), collectively, the "Other Original Cases," and the Other Original Cases, together with the Relevant Original Cases, collectively, the "Original Cases").[3]

---

[3] Amazon.com Inc. and Amazon Web Services Inc. (collectively, the "Amazon Appellants") have also appealed the Third Extension Order, which was originally docketed at case no. 3:25-cv-331-SFR (the "Original Amazon

3

On March 18, 2025, in the absence of any objections, Judge Nagala consolidated the Original Cases into this Consolidated Appeals Case [Consolidated Appeals Case ECF No. 51]. The Prior Motions to Suspend have also been re-docketed in this Consolidated Appeals Case. [Consolidated Appeals Case ECF Nos. 54-57.]  On March 20, 2025, the Consolidated Appeals Case was transferred to Judge Bolden [Consolidated Appeals Case ECF No 59].

## **REQUESTED RELIEF**

Pursuant to Fed. R. Bankr. P. 8009(a)(2), the Trustee's counter-designation of additional items to be included in the record (the "Appellee's Counter-Designation") is due fourteen days following service of the appellant's designation.  Hence, the deadline to file any counter-designation as to American Express is March 25, 2025, and the deadline to file any counter-designations as to Apple and Meta is March 27, 2025.

In the interest of efficiency, the Trustee believes it is appropriate that this Court determine deadlines for further filings in this Consolidated Appeals Case and to determine whether certain filings (including, without limitation, appellee counter-designations) should be filed on a consolidated basis rather than individually as to each appellant.[4]  The Trustee understands from Judge Nagala's comments at the Status Conference that she would recommend that Judge Bolen hold a further status conference to discuss proceedings moving forward in this Consolidated Appeals Case, and respectfully suggests scheduling matters be discussed at that time.  The Trustee therefore requests that the Court order that the Trustee's deadline to file any appellee counter-designations as to the Relevant Appellants be suspended pending further order of the Court.

---

Case").  The Trustee has inquired but has not yet ascertained the position of the Amazon Appellants as to their position regarding the Trustee's request to suspend the deadline to file counter-designations as them (which are otherwise due April 1, 2025), and the Trustee anticipates filing a motion seeking to suspend his deadline to file counter-designations as to the Amazon Appellants in the near future.

[4] The Trustee also intends to assert that the matters appealed by the appellants are not ripe for review, which the Trustee understands the appellants dispute.  The parties reserve their rights with respect to that issue.

**Counsel for the Trustee has conferred with counsel for each of the Relevant Appellants and has been advised that the Relevant Appellants do not object to the relief requested by this Motion.**

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK.]*

WHEREFORE, the Court should grant this Motion and order that the Trustee's deadline to file any appellee counter-designations as to the Relevant Appellants is suspended pending further order of the Court.

                                                    Respectfully submitted,

Dated:    March 24, 2025            LUC A. DESPINS,
            New Haven, Connecticut    CHAPTER 11 TRUSTEE

                                                    By: */s/ Patrick R. Linsey*
                                                        Patrick R. Linsey (ct29437)
                                                        NEUBERT, PEPE & MONTEITH, P.C.
                                                       195 Church Street, 13th Floor
                                                       New Haven, Connecticut 06510
                                                       (203) 781-2847
                                                       plinsey@npmlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 24th day of March, 2025, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)